**LYNCH CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:  (619) 762-1900
Facsimile:   (619) 756-6991

*Attorneys for Plaintiff and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BROWN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HUGO BOSS RETAIL INC., a Delaware corporation, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01687-H-MDD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Christopher Brown pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 18, 2022          **LYNCH CARPENTER, LLP**

                                          By:  */s/ Todd D. Carpenter*
                                                 Todd D. Carpenter (CA 234464)
                                                 todd@lcllp.com
                                                 Scott G. Braden (CA 305051)
                                                 scott@lcllp.com
                                                 1350 Columbia St., Ste. 603
                                                 San Diego, California 92101
                                                 Telephone:  (619) 762-1900
                                                 Facsimile:   (619) 756-6991

                                                 *Attorneys for Plaintiff and Proposed Class Counsel*